# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| *IN RE* APPLICATION OF:<br><br>FOOD DELIVERY HOLDING 12 S.A.R.L.,<br>Rue Robert Stumper 18<br>2557 Luxembourg<br>Luxembourg<br><br>                Applicant,<br><br>DeWitty and Associates CHTD<br>700 Pennsylvania Ave., 2nd Floor<br>Washington, D.C. 20003,<br><br>                Respondent. | CASE NO. _____<br><br><br>FILED UNDER SEAL |

**MEMORANDUM OF LAW IN SUPPORT OF AN APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO ISSUE A SUBPOENA TO DEWITTY AND ASSOCIATES CHTD FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF <u>DOCUMENTS FOR USE IN A FOREIGN PROCEEDING</u>**